UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action Number 1:24-cv-00222-TPO

Christopher Anthony Schmidt,
    Plaintiff,

v.

Bellco Credit Union,
    Defendant.

---

**PLAINTIFF'S UNOPPOSED MOTION TO CONFIRM ARBITRATION AWARD**

---

Plaintiff Christoper Anthony Schmidt, by and through his attorneys, hereby files this Motion to Confirm Arbitration Award and, in support of same, submits the following:

**I.    Introduction**

On April 24, 2024, the parties filed a Stipulated Motion to Stay Proceeding Pending Arbitration.  Paragraph 4 stated:

> "Pursuant to 9 U.S.C. § 3, the parties request that the Court stay this case pending the outcome of the arbitration proceeding. The court retains jurisdiction to enforce this agreement, and confirm, modify or vacate any arbitration award (pursuant to the Federal Arbitration Act, 9 U.S.C. Sec. 1, et seq.)." See Docket #18.

After the parties stipulated to binding arbitration, this Court administratively closed the case so the parties could arbitrate their dispute, which was the "practical equivalent of a stay." (Dkt. 20 at p. 1). This Court further ordered that the administrative closure of case was "subject to being reopened on motions of the parties." *Id* at p. 2.

The parties then proceeded to arbitration.  On November 22, 2024, the Arbitrator, Kathleen E. Craigmile entered an Interim Award in favor of Plaintiff Christoper Anthony

1

Schmidt based on his claims against Defendant under the Fair Credit Reporting Act ("FCRA"), 15 U.S.C. § 1681 *et seq.* On January 2, 2025, the Arbitrator entered a Final Award in favor of the Plaintiff, in the amount of $407,537.76.  See attached as **Exhibit 2**, page 19.

On January 7, 2025, the court granted a Motion to Reopen the case. See Docket # 23. Pursuant to the Stipulated Motion to Stay Proceedings Pending Arbitration and the Federal Arbitration Act, Plaintiff seeks an Order to Confirm the Final Arbitration Award.  *See.* Dkt. 20 (permitting this case to be re-opened "on motion of the parties."); Dkt. 18 (Parties' Stipulated Motion to Stay Proceedings Pending Arbitration, at ¶ 4). *Gorsuch, Ltd. v. Wells Fargo Nat'l Bank Ass'n*, 2013 WL 1910636, 2013 U.S. Dist. LEXIS 65584, at *4-5 (D. Colo. May 8, 2013) ("the parties anticipated that a district court could confirm an arbitration award. This is a sufficient basis for finding good cause to reopen the case.").

**II.     Legal Discussion**

   A.     The Final Arbitration Award Should Be Confirmed

Under the Federal Arbitration Act ("FAA"), a party may apply to any court having jurisdiction over the underlying matter for an order confirming the award within one year of the award date.  9 U.S.C. § 9.  "The court must grant such an order unless the award is vacated, modified, or corrected[.]" *Id.*  In support of a motion to confirm, Plaintiff must include: (1) the arbitration agreement and any written extension of time to make the award, (2) the arbitration award, and (3) each notice, affidavit, or other part used upon an application to confirm the award, and a copy of each order of the court upon such application.  9 U.S.C. § 13.

Plaintiff has complied with the requirements set forth by the FAA by attaching the arbitration agreement (**Exhibit 1**) and the Final Arbitration Award (**Exhibit 2**).  There are no notices, affidavits, or other papers that have been used to confirm, modify, or correct the award

in this case.  Therefore, Plaintiff respectfully requests that the Court confirm the Final Arbitration Award.

### III.     Conclusion

Based on the foregoing, Plaintiff respectfully requests this Court Confirm the Arbitrator's Final Award, a copy of which is attached as **Exhibit 2**.

**Certificate of Conferral**: Plaintiff's counsel has conferred with Defendant's counsel, who does not oppose this Motion.

Respectfully Submitted:

Dated: January 8, 2025

s/ Matthew R. Osborne
Ramos Law
Matthew R. Osborne #40835
10190 Bannock St., Suite 200
Northglenn, CO 80260
Phone Number: 720-623-0098
E-mail: mosborne@ramoslaw.com
*Attorney for Plaintiff*

4

**CERTIFICATE OF SERVICE**

I certify that on 01/08/25, I served a true and correct copy of the foregoing via CM/ECF to:

All counsel of record

s/ Mike Nobel