# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Case No.: 1:24-cv-00222-NRN

CHRISTOPHER ANTHONY SCHMIDT,
    Plaintiff,

v.

BELLCO CREDIT UNION,
    Defendant.

## STIPULATED MOTION TO STAY PROCEEDINGS PENDING ARBITRATION

1. The contract between the parties (the "Member Terms") contains an arbitration clause. *See* Mot. To Compel Arb. **Ex. 2**, p. 9.

2. The parties hereby stipulate that they will arbitrate their dispute with JAMS, with Kathleen E. Craigmile serving as the arbiter.

3. The JAMS Comprehensive Arbitration Rules and Procedures and Consumer Arbitration Minimum Standards shall apply.

4. Pursuant to 9 U.S.C. § 3, the parties request that the Court stay this case pending the outcome of the arbitration proceeding. The court retains jurisdiction to enforce this agreement, and confirm, modify or vacate any arbitration award (pursuant to the Federal Arbitration Act, 9 U.S.C. Sec. 1, et seq.).

Respectfully submitted this 24th day of April 2024,

s/ Matthew R. Osborne
Matthew R. Osborne
RAMOS LAW
*Attorney for Plaintiff*

Exhibit 1

s/ Daniel H. Athenour
Steven M. Gutierrez
Daniel H. Athenour
HOLLAND & HART LLP
*Attorneys for Defendant*

CERTIFICATE OF SERVICE

I certify that on 4/24/24, I served a true and correct copy of the foregoing via CM/ECF to:

All counsel of record

s/ Mike Nobel

Exhibit 1