UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action Number 1:24-cv-00222-TPO

Christopher Anthony Schmidt,
    Plaintiff,

v.

Bellco Credit Union,
    Defendant.

---

**PROPOSED ORDER ON PLAINTIFF'S UNOPPOSED MOTION TO CONFIRM ARBITRATION AWARD**

---

1. This matter comes before the Court upon Plaintiff's Unopposed Motion to Confirm Arbitration Award. The Court having reviewed the entire record, GRANTS the Motion.

2. The arbitration award attached as Exhibit 2 to Plaintiff's Unopposed Motion to Confirm Arbitration Award is hereby made a judgment of this Court.

3. Judgment is entered in favor of Plaintiff, Christopher Anthony Schmidt, and against Defendant Bellco Credit Union in the amount of $407,537.76.

4. Post judgment interest rate is _____% from the date of this order.


Dated: _____                 _____
                                                                     United States District Court Judge