IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 24-cv-00222-TPO

CHRISTOPHER ANTHONY SCHMIDT,

    Plaintiff,

v.

BELLCO CREDIT UNION,

    Defendant.

## MINUTE ORDER

**Entered by Timothy P. O'Hara, United States Magistrate Judge, on January 31, 2025.**

    Before this Court is Defendant's Motion to Seal [ECF 26] and later filed Stipulation [ECF 28] in which the Parties express their mutual agreement that the Court should grant the Motion at ECF 26.

    For good cause shown and noting that it is unopposed, Defendant's Motion to Seal [ECF 26] is **granted**.

    Pursuant to D.C.COLO.LCivR 7.2, the Clerk of Court shall maintain the exhibits at ECF Nos. 22-1 and 24-2 under Level One Restricted Access until further order of the Court.