IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 24-cv-00222-TPO

CHRISTOPHER ANTHONY SCHMIDT,

    Plaintiff,

v.

BELLCO CREDIT UNION,

    Defendant.

---

# MINUTE ORDER

**Entered by Timothy P. O'Hara, United States Magistrate Judge, on January 31, 2025.**

    Before this Court is Plaintiff's unopposed Motion to Confirm Arbitration Award [ECF 24] and the Parties' subsequently filed Stipulation [ECF 28] regarding the same matter. For good cause shown, Plaintiff's Motion [ECF 24] is **granted.**

    This Court hereby confirms the Arbitration Award found in the record at ECF 24-2 and adopts the Arbitration Award as its own Judgment.

    This Court will enter Final Judgment separately.