IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 24-cv-00222-TPO

CHRISTOPHER ANTHONY SCHMIDT,

    Plaintiff,

v.

BELLCO CREDIT UNION,

    Defendants.

---

### FINAL JUDGMENT

---

**Timothy P. O'Hara, United States Magistrate Judge**.

This matter comes before this Court upon the Parties' Stipulation [ECF 28] in which they propose the terms for the Final Judgment to be entered in this case. This Court grants Plaintiff's unopposed Motion to Confirm Arbitration Award [ECF 24] by way of separate Minute Order. Pursuant to Rule 58(a), Fed. R. Civ. P., it is ORDERED that:

1. Judgment is entered in favor of Plaintiff, Christopher Anthony Schmidt, and against Defendant Bellco Credit Union in the amount of $407,537.76.

2. The Judgment is satisfied in full. Because Defendant already has paid the Judgment in full, no post-judgment interest is awarded.

3. Each Party will bear its own attorney fees and costs associated with the earlier-filed Motion to Confirm and Motion to Seal.

4. This Court directs the Clerk of Court to make a separate entry onto the case docket sheet stating full satisfaction of the Judgment.

5. The Clerk of Court shall close this case.

DATED at Denver, Colorado, this 31st day of January, 2025.

BY THE COURT:

Timothy P. O'Hara
United States Magistrate Judge